**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
_____DIVISION

_____          Case No.:_____

-vs-                                **MOTION FOR ADMISSION _PRO HAC VICE_**

_____

---

_____
Applicant's Name (Last Name, First Name, Middle Initial)

_____
Firm/Agency Name

_____            _____
                                                          Telephone Number

_____            _____
Street Address                                            E-mail Address

I have been retained to represent the following party(ies):

_____            Plaintiff(s)   Defendant(s)   Other:_____

_____            Plaintiff(s)   Defendant(s)   Other:_____
Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted and provide the current status of his or her membership. Use the Supplemental Answer section if more room is needed, or to provide additional information. **Attach a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident**.

| Name of Court | Admission Date | Active Member in Good Standing?  (if not, please explain) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in the Supplemental Answer section if needed):

| Case No. | Title of Action | Date of Application | Granted/Denied? |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Applicant has completed ECF training as follows: _____

_____

_____

Applicant tenders with this Motion the following:

☐    Electronic Filing Attorney Registration Form required by the Court's Electronic  Case Filing Administrative Policies and Procedures. This Form is being sent to the Court via regular mail or hand-deliver.

☐    The required *pro hac vice* motion fee of $125.00.

By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

I declare under penalty of perjury that all of the above information is true and correct,

_____                    _____

[Date]                                                     [Printed Name]

                                                          _____

                                                          [Signature- hand signed]

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2.  Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

**SUPPLEMENTAL ANSWERS (ATTACH ADDITIONAL PAGES IF NECESSARY)**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**_____DIVISION**


_____                                   Case No.:_____

    -vs-                                                                **ORDER FOR ADMISSION *PRO HAC VICE***


_____

      The Motion for Admission *Pro Hac Vice* in the above-captioned matter is granted.  The Applicant, _____
_____, is permitted to argue or try this case in whole or in part as counsel
for _____.